ARMSTRONG & ASSOCIATES, LLP.
William H. Armstrong (SBN 40650)
One Kaiser Plaza, Suite 625
Oakland, California 94612
Telephone: (510) 433-1830
Facsimile: (510) 433-1836

LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (SBN 129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Appellant
Double Bogey, L.P.,
A California Limited Partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE BOGEY, L.P., A CALIFORNIA LIMITED PARTNERSHIP,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>SYLVESTER FRANK ENEA and PAUL JOSEPH ENEA,<br><br>　　　　　Appellees. | Case No. 3:12-cv-01877 SI<br><br>**ORDER APPROVING STIPULATION** |

Pursuant to Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing and service of Appellant's Opening Brief is extended to July 2, 2012; that the time for filing and service of Appellee's Brief is extended to August 6, 2012; and that the time for filing and service of Appellant's Reply Brief is extended to August 27, 2012.

Dated: June  13 2012.

_____
Hon. Susan Illston
United States District Court Judge