IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SYLVESTER FRANK ENEA and MIMI CLAIRE ENEA,<br><br>    Debtors.<br>_____/<br>In re:<br><br>PAUL JOSEPH ENEA and CLAIR THEODORA ENEA,<br><br>    Debtors.<br>_____/<br><br>DOUBLE BOGEY, L.P.,<br><br>    Appellant,<br>  v.<br>SYLVESTER FRANK ENEA and PAUL JOSEPH ENEA,<br><br>    Appellees.<br>_____/ | No. C 12-01877 SI<br><br>**Bankr. Case No. 09-46304**<br>**Bankr. Case No. 09-48602**<br><br>**Adv. Proc. No. 11-3017 DM**<br>**Adv. Proc. No. 11-3018 DM**<br>**Consolidated**<br><br>**JUDGMENT** |

The Judgment on Partial Findings entered by the bankruptcy judge, in favor of debtors and against appellant Double Bogey, L.P., has been affirmed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 25, 2013

                                                                     SUSAN ILLSTON
                                                                      United States District Judge